UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HARBAUGH and THOMAS HARBAUGH,<br><br>    Plaintiffs,<br><br>v.<br><br>RODNEY D. LACKEY and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-01542-TLN-AC<br><br>**ORDER RE REQUEST FOR EXTENSION OF TIME TO SERVE PLEADING** |

### ORDER

Good cause appearing, an extension of time to serve the Summons and Complaint, and other initial pleadings on Defendant RODNEY D. LACKEY is granted. The service shall be completed by December 31, 2014.

IT IS SO ORDERED.

Dated:  October 30, 2014

                                       Troy L. Nunley
                                       United States District Judge

Order re Request for Extension of Time to Serve Pleading