UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DIANE HARBAUGH and THOMAS HARBAUGH, | Case No.: 2:14-cv-01542-TLN-AC |
|---|---|
| Plaintiffs, | **ORDER RE REQUEST FOR EXTENSION OF TIME TO SERVE PLEADING** |
| v. | |
| RODNEY D. LACKEY and DOES 1 through 10, inclusive, | |
| Defendants. | |

### ORDER

Good cause appearing, an extension of time to serve the Summons and Complaint, and other initial pleadings on Defendant RODNEY D. LACKEY is granted.  The service shall be completed by January 31, 2015.

IT IS SO ORDERED.

Dated:  January 6, 2015

Troy L. Nunley
United States District Judge

-1-
Order re Request for Extension of Time to Serve Pleading