NOEMI ESPARZA, ESQ. / SBN: 263042
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
E-mail: nesparza@dbbwlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HARBAUGH and THOMAS HARBAUGH,<br><br>           Plaintiffs,<br><br>     v.<br><br>RODNEY D. LACKEY and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 2:14-cv-01542-TLN-AC<br><br>**ORDER FOR PUBLICATION OF SUMMONS** |

The Court finds that Defendant RODNEY D. LACKEY cannot with reasonable diligence be personally served in and that a cause of action exists against the Defendant.

**THEREFORE, IT IS ORDERED** that service of Summons on Defendant RODNEY D. LACKEY in this action be made by publication in the *McKinney Courier-Gazette,* a newspaper of general circulation hereby designated as the newspaper most likely to give notice to the Defendant, and that publication be made at least once a week for four consecutive weeks.

Plaintiffs shall file proof with the Court that the publication has taken place once the publication period has ended and no later than April 30, 2015.

///
///
///

Order for Publication of Summons

-1-

If Plaintiffs ascertain an address for Defendant before expiration of the time prescribed for publication of the Summons, Plaintiffs shall immediately serve a copy of the Summons, Complaint and this Order for Publication on Defendants.

Dated: March 4, 2015

_____
Troy L. Nunley
United States District Judge